THOMAS G. PARISI, Public Administrator of the County of Kings, as Administrator of the Estate of CLAUDE DENIZARD, Deceased, Appellant, v. EMILE SEMEXANT, Respondent. (Action No. 1.) (And Two Other Titles.) —

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.